IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL SMITH, et al. : | CIVIL ACTION |
| : | NO. 09-2664 |
| Plaintiffs, : | |
| v. : | |
| ASHFORD TRS SAPPHIRE II, LLC, : | |
| et al., : | |
| Defendants, : | |
| v. : | |
| American Hotel Register : | |
| Company, et al., : | |
| Third Party Defendants : | |

**FILED**
JUN 29 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**O R D E R**

**AND NOW**, this **28th day** of **June, 2010**, it is hereby **ORDERED** that all deadlines in the current scheduling order are **SUSPENDED** until disposition of the pending motions for summary judgment.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.